| | | | |
|---|---|---|---|
| | AUSA: | Timothy E. Garcia | Telephone: (313) 226-9522 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Vincent Hewins | Telephone: (313) 771-6601 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Marco Antonio TREJO-Irineo

Case No.26-mj-30398

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 29, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Vincent Hewins, Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ July 1, 2026 ___

_____
*Judge's signature*

City and state: ___ Detroit, MI ___

Hon. Anthony P. Patti, U.S. Magistrate Judge
_____
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Vincent Hewins, having been duly sworn, hereby state the following:

1.  I am a Deportation Officer with the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been employed in this capacity since October 2025. Currently, I am assigned to the Criminal Alien Program. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Immigration and Customs Enforcement Officers and record checks of law enforcement databases. I have also reviewed the Alien Registration File and system automated data relating to Marco Antonio TREJO-Irineo, which attests to the following:

2.  Marco Antonio TREJO-Irineo is a 39-year-old male native and citizen of Mexico who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3.  On November 26, 2002, United States Border Patrol (USBP) apprehended TREJO-Irineo near Douglas, AZ and processed him as a voluntary return to Mexico.

4.  On December 1, 2002, USBP apprehended TREJO-Irineo near Douglas, AZ and processed him as a voluntary return to Mexico.

5.  On December 2, 2002, USBP apprehended TREJO-Irineo near Douglas, AZ and processed him as a voluntary return to Mexico.

6.  On December 3, 2002, USBP apprehended TREJO-Irineo near Douglas, AZ and processed him as a voluntary return to Mexico.

7.  On March 29, 2009, Washtenaw County Sheriff's Department in Ypsilanti, Michigan arrested TREJO-Irineo for misdemeanor Accosting and Soliciting prostitution. Those charges remain pending.

8.  On March 30, 2009, Detroit ERO encountered TREJO-Irineo at the Washtenaw Correctional Facility located in Washtenaw County, Michigan and processed him as a Notice to Appear.

9. On April 7, 2009, an Immigration Judge in Detroit, MI ordered TREJO-Irineo removed to Mexico. On April 14, 2009, ICE removed TREJO-Irineo to Mexico at Laredo, TX.

10. On June 6, 2016, USBP apprehended TREJO-Irineo near Columbus, NM and processed him as a Reinstatement of Removal Order. On June 7, 2016, ICE removed TREJO-IRINERO to Mexico at El Paso, TX.

11. On June 23, 2016, USBP apprehended TREJO-Irineo near Columbus, NM and processed him as a Reinstatement of Removal Order. On July 7, 2016, ICE removed TREJO-IRINERO to Mexico at El Paso, TX.

12. On June 27, 2026, Westland Police Department located in Westland, Michigan arrested TREJO-Irineo after responding to a call for a domestic violence incident in which TREJO-Irineo allegedly pulled his girlfriend back by her hair to prevent her leaving, took her cell phone, and threw it into the street. The charges are pending.

13. On June 29, 2026, ICE encountered TREJO-Irineo at the Westland Police Department and transported him to the Detroit Field Office for processing. TREJO-Irineo's fingerprints and photograph were captured and entered into the Automated Biometric Identification System and the Integrated Automated Fingerprint Identification System. The results revealed that TREJO-Irineo is a citizen of Mexico with the previously stated immigration history who has been previously removed from the United States. The record checks did not provide any evidence that TREJO-Irineo legally entered the United States or had been issued any document or status that would allow him to enter or remain in the United States.

14. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. Review of the Alien File (A# xxx xxx 312) for Marco TREJO-Irineo and queries in Department of Homeland Security databases confirm no record exists of TREJO-Irineo obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the

United States following his removal on July 7, 2016. He has been processed for reinstatement of his prior removal order.

16. Based on the above information, I believe there is probable cause to conclude that Marco TREJO-Irineo is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Vincent Hewins
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

July 1, 2026